**No. 43182.**—Protests 987418–G, etc., of F. O. Merz & Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of embossed leather similar to that passed upon in Abstract 42423. The claim at 30 percent under paragraph 1530 (d) was therefore sustained.